IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARTIN J. WALSH**, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br> v. <br><br> **STOUT RISIUS ROSS, LLC.** | Miscellaneous Case <br><br> No. 21-mc-55 |

## ORDER RE.: PETITION TO ENFORCE SUBPOENA

**AND NOW**, this 20th day of August, following hearing in open court with counsel and considering arguments of Petitioner and Respondent without ruling on their motions with finality, the Court hereby **ORDERS**:

1. By Tuesday, August 24th, Respondent is to produce to Petitioner all documents responsive to Request 1 and 2 of Petitioner's Subpoena between the timeframe January 1, 2018 to December 31, 2019 that reflect the "95% of transactions" described at length in Respondent's response brief.

2. Within 14 days, Respondent is to produce to Petitioner all documents responsive to Request 1 and 2 of Petitioner's Subpoena between the timeframe January 1, 2020 to December 31, 2020 that reflect the "95% of transactions" described at length in Respondent's response brief.

3. The Court strongly recommends Respondent to provide a sampling of the documents comprising the remaining 5% of documents responsive to Requests 1 and 2, with redactions as necessary, to Petitioner.

4. Petitioner is afforded 30 days from the complete production of documents set forth in the preceding paragraphs to review these documents and determine whether they are sufficient for purposes of its investigation.

5. The parties are to promptly confer regarding the sufficiency of this document production once Petitioner is afforded the opportunity to review them for purposes of its investigation.

6. After conferring, the parties must provide this Court with joint or separate status reports limited to 10 pages by October 15th.

**BY THIS COURT:**

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 21\21-mc-55 Walsh v. Stout Risius Ross LLC\Order to Enforce Subpoena, Walsh, 21-mc-0055.docx