# EXHIBIT K

**Salek-Raham, Andrew (ASalek-Raham@groom.com)**

| | |
|---|---|
| **From:** | Dalin, Patrick - SOL <Dalin.Patrick@dol.gov> |
| **Sent:** | Wednesday, September 1, 2021 9:53 AM |
| **To:** | Golumbic, Lars (lgolumbic@groom.com); Salek-Raham, Andrew (ASalek-Raham@groom.com) |
| **Cc:** | Buchanan, Richard - SOL |
| **Subject:** | Walsh v. Stout Risius Ross 21-mc-55 |
| | |
| **FilingDate:** | 9/1/2021 3:47:00 PM |

Lars and Andrew,

We are writing in follow-up to Judge Baylson's August 20th Order, in which he strongly recommends that Stout provide a sampling of what he describes as the "remaining 5% of documents responsive to Requests 1 and 2." We believe that a sampling may be provided by the means you suggested at the hearing as well as in your correspondence of July 23rd, that is, to email all of SRR's Managing Directors to ask them whether they are aware of any other valuations that they have issued in connection with non-ESOP transactions that may be responsive to Requests 1 and 2, and produce any valuations that they may identify. Further, we ask that Stout confirm that the "remaining 5%" of valuations is comprised entirely of valuations performed for non-ESOP transactions (i.e., that there are no ESOP plan valuations that are not accompanied by fairness opinions).

In making this offer we don't preclude other sampling methods that may be appropriate to comply with the court's recommendation, and also reserve the Department's right to request full compliance with Requests 1 and 2 in the future.

We are available this week to discuss if you would like.

Thank you,

**Patrick M. Dalin**
*Senior Trial Attorney*
U.S. Department of Labor
Office of the Solicitor
1835 Market Street, Mailstop SOL/22
Philadelphia, PA 19103-2968
(215) 861-5165
(215) 861-5162 (fax)