IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *MARTIN J. WALSH, Secretary of Labor, United States Department of Labor*<br><br>*v.*<br><br>*STOUT RISIUS ROSS, LLC* | **CIVIL ACTION**<br><br>**NO. 21-mc-55**<br><br>**DATE OF NOTICE: January 31, 2022** |

## NOTICE OF HEARING

Please be advised that a recorded **TELEPHONIC STATUS CONFERENCE** will be held on **Wednesday, February 2, 2022 at 3:00 p.m.**, with the Honorable Michael M. Baylson.

Counsel shall use the following conference call bridge to join the teleconference:

Conference Phone: (571) 353-2300
Conference code: 293786880#

                                                                                 s/ Amanda Frazier

                                                                                 _____
                                                                                 Amanda Frazier
                                                                                 Courtroom Deputy to Judge Baylson
                                                                                 267-299-7520

O:\CIVIL 21\21-mc-55 Walsh v. Stout Risius Ross LLC\21mc55 Notice re status call.doc