IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *MARTIN J. WALSH, Secretary of Labor, United States Department of Labor*<br><br>v.<br><br>*STOUT RISIUS ROSS, LLC* | CIVIL ACTION<br><br>NO. 21-mc-55<br><br>DATE OF NOTICE: January 31, 2022 |

## AMENDED NOTICE OF HEARING

Please be advised that the recorded **TELEPHONIC STATUS CONFERENCE** will now be held on **Thursday, February 3, 2022 at 3:30 p.m.**, with the Honorable Michael M. Baylson. Counsel shall use the following conference call bridge to join the teleconference:

Conference Phone: (571) 353-2300
Conference code: 293786880#

s/ Amanda Frazier

_____
Amanda Frazier
Courtroom Deputy to Judge Baylson
267-299-7520

O:\CIVIL 21\21-mc-55 Walsh v. Stout Risius Ross LLC\21mc55 Amended Notice re status call.doc