IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN , J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Petitioner,<br><br>v.<br><br>STOUT RISIUS ROSS, LLC,<br><br>Respondent. | MISC. ACTION NO. 21-mc-55 |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Richard T. Buchanan on behalf of the Secretary of Labor, United States Department of Labor.

Thank you for your consideration of this matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Post Office Address: | Seema Nanda<br>Solicitor of Labor |
| Oscar L. Hampton III, Regional Solicitor<br>Office of the Solicitor, Region III<br>U.S. Department of Labor<br>1835 Market Street<br>Mailstop SOL/22<br>Philadelphia, PA  19103-2968<br>215.861.5162 (facsimile)<br><br>Date:  February 1, 2022 | Oscar L. Hampton III<br>Regional Solicitor<br><br>/s/Richard T. Buchanan<br>Richard T. Buchanan<br>Deputy Regional Solicitor<br>PA ID #56280<br>buchanan.richard@dol.gov<br>215.861.5127<br><br>U.S. DEPARTMENT OF LABOR<br>Attorneys for Petitioner |

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022 a true and correct copy of the foregoing Notice of Entry of Appearance was filed electronically and is available for viewing and downloading via the United States District Court Eastern District of Pennsylvania.

                                         */s/Richard T. Buchanan*
                                         Richard T. Buchanan
                                         Deputy Regional Solicitor
                                         PA ID #56280
                                         buchanan.richard@dol.gov
                                         215.861.5127