**UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARTIN J. WALSH,<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Petitioner,<br><br>v.<br><br>STOUT RISIUS ROSS, LLC,<br><br>Respondent. | MISC. ACTION NO. 21-mc-55 |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 5.1(c), petitioner Secretary of Labor, U.S. Department of Labor, requests that the appearance of Patrick M. Dalin be withdrawn as counsel of record on his behalf. Richard T. Buchanan has entered his appearance as counsel of record on petitioner's behalf by separately-filed praecipe.

February 1, 2022

Respectfully submitted,

**UNITED STATES DEPARTMENT OF LABOR**

Seema Nanda
Solicitor of Labor

Oscar L. Hampton III
Regional Solicitor

*_/s/ Richard T. Buchanan_*
Richard T. Buchanan
Deputy Regional Solicitor
PA #56280

Attorneys for Petitioner
U.S. Department of Labor

Mailing Address:

U.S. Department of Labor
Office of the Regional Solicitor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103-2968

(215) 861-5127 (voice)
(215) 861-5162 (fax)

buchanan.richard@dol.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Withdrawal of Appearance of Counsel was filed on February 1, 2022 using the Court's CM/ECF system, which has automatically notified all counsel of record.

*/s/ Richard T. Buchanan*
Deputy Regional Solicitor
Office of the Regional Solicitor