## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARTIN J. WALSH**, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, *Petitioner*, <br><br> v. <br><br> **STOUT RISIUS ROSS, LLC**, *Respondent*. | Miscellaneous Case No. 21-mc-55 |

## ORDER

**AND NOW**, this 3rd day of February, 2022, following a recorded telephone conference with both parties' counsel today, it is hereby **ORDERED**:

1. Each party may take a FRCP 30(b)(6) deposition of the opposing party's custodian of records as to the production by the Respondent within forty-five (45) days of the date of entry of this Order.

2. Each 30(b)(6) deposition shall not exceed four (4) hours.

3. Each party shall submit a pre-hearing statement by April 1, 2022. The pre-hearing statement should include a statement of contentions and authorities and a summary of witness testimony and exhibits to be introduced at the hearing.

4. A hearing will be held on April 12–13, 2022 in Courtroom 3a.

**BY THIS COURT:**

/s/Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 21\21-mc-55 Walsh v. Stout Risius Ross LLC\Order re Disco (21-mc-0055).docx