IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARTIN J. WALSH,** *SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR* <br><br> v. <br><br> **STOUT RISIUS ROSS, LLC** | **CIVIL ACTION** <br><br> **NO. 21-mc-55** <br><br> **DATE OF NOTICE: February 7, 2022** |

## **NOTICE**

Please be advised that a Hearing on Defendant's Motion to Modify the Administrative Subpoena (Doc. No. 5) will be held on **Thursday, April 14, 2022 at 10:00 a.m.**, before the Honorable Michael M. Baylson in Courtroom 3A (3rd Floor), U.S. Courthouse, 601 Market Street, Philadelphia.

/s/ Amanda Frazier
_____
Amanda Frazier
Deputy Clerk to Judge Baylson
267-299-7520

O:\CIVIL 21\21-mc-55 Walsh v. Stout Risius Ross LLC\21mc55 Notice Hearing Re Motion to Modify AdminstrativE Subpoena.doc