# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN J. WALSH,<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>   Petitioner,<br><br>   v.<br><br>STOUT RISIUS ROSS, LLC,<br><br>   Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)  Misc. Action No. 2:21-mc-00055<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Petitioner Martin J. Walsh, Secretary of Labor, United States Department of Labor, and Respondent Stout Risius Ross, LLC, hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action be dismissed without prejudice.

Respectfully submitted,

Mailing Address:

U.S. Department of Labor
Office of the Regional Solicitor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103-2968

(215) 861-5127 (voice)
(215) 861-5162 (fax)

buchanan.richard@dol.gov

**UNITED STATES DEPARTMENT OF LABOR**

Seema Nanda
Solicitor of Labor

Oscar L. Hampton III
Regional Solicitor

*Richard T. Buchanan*
Richard T. Buchanan
Deputy Regional Solicitor

PA 56280

Attorneys for Petitioner
U.S. Department of Labor

**GROOM LAW GROUP, CHTD.**

By: /s/ Lars C. Golumbic
William J. Delany (PA74864)
Lars C. Golumbic (*pro hac vice*)
Andrew D. Salek-Raham (*pro hac vice*)
1701 Pennsylvania Ave., NW, Suite 1200
Washington, D.C. 20006
T: 202-857-0620
F: 202-659-4503
lgolumbic@groom.com
wdelany@groom.com
asalek-raham@groom.com

*Counsel for Stout Risius Ross, LLC*

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN J. WALSH,<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Petitioner,<br><br>v.<br><br>STOUT RISIUS ROSS, LLC,<br><br>Respondent. | Misc. Action No. 2:21-mc-00055 |

## ORDER OF DISMISSAL

AND NOW, this 3rd day of March, 2022, pursuant to the Stipulation of Dismissal Without Prejudice signed by Petitioner and Respondent under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ORDERED that this action be, and hereby is, DISMISSED WITHOUT PREJUDICE.

/s/ Michael M. Baylson
Michael M. Baylson
United States District Court Judge